UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:23-cv-09542-JLS-AS                                      Date: January 24, 2024
Title:  Richard Silva v. Balubhai Gopal Patel

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Gabby Garcia  |   N/A   |
| :---: | :---: |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| :---: | :---: |
| Not Present | Not Present |

**PROCEEDINGS:** (IN CHAMBERS)  ORDER: (1) DISCHARGING ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION (Doc. 10) AND (2) ORDERING DEFENDANT'S COUNSEL TO SHOW CAUSE RE SANCTIONS

   On January 19, 2024, the Court ordered Plaintiff to show cause why the action should not be dismissed for lack of prosecution based on the failure to file a Joint Rule 26(f) Report.  (OSC, Doc. 10.)  Federal Rule of Civil Procedure 26(f) and Local Rule 26-1 mandate that parties confer 21 days before a scheduling conference and submit a joint written report outlining the parties' discovery plans and other matters.  The Court's Order Setting Scheduling Conference set the scheduling conference for January 26, 2024, and instructed the parties to meet "at least 21 days before the scheduling conference" and to file a Joint Rule 26(f) Report "no later than 14 days before … the scheduling conference."  (Order at 2, Doc. 9.)

   On January 22, 2024, Plaintiff responded to the Court's Order to Show Cause and indicated that he had made *seven* attempts to meet with Defendant's counsel as required.  (Response at 2, Doc. 11.)  Plaintiff also represented that he had provided his portion of the Rule 26(f) Report as well as a scheduling worksheet, but Defendant's counsel did not timely provide Defendant's portions.  (*Id.*)  Plaintiff stated that if he did not receive Defendant's portion by the end of the day, he would unilaterally file the Rule 26(f)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  2:23-cv-09542-JLS-AS | Date: January 24, 2024 |
| Title:  Richard Silva v. Balubhai Gopal Patel | |

Report.  Plaintiff did not receive Defendant's portion and, on January 23, 2024, unilaterally filed the Report.  (*See* Rule 26(f) Report, Doc. 12.)  Based on this response, the Court's Order to Show Cause re Dismissal (Doc. 10) is DISCHARGED.

     But Defendant's counsel's failure to confer with Plaintiff and failure to participate in the drafting and submission of the Rule 26(f) Report was in violation of Federal Rule of Civil Procedure 26(f), Local Rule 26-1, and this Court's Order Setting Scheduling Conference.  The Court therefore ORDERS Defendant's counsel to show cause why the Court should not issue sanctions for failure to comply with the Court's orders and the local and federal rules. Defendant's counsel shall submit a written response not to exceed **three (3) pages** within **five (5) days** of this Order.

                                              Initials of Deputy Clerk: gga